No. 10–10531.  ABDOOL *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–10532.  BUMSTEAD *v.* MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.

No. 10–10534.  ANDERSON *v.* WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 10–10537.  TREVINO *v.* TEXAS.  Ct. App. Tex., 13th Dist. Certiorari denied.

No. 10–10539.  WILLIAMS *v.* HOOD, SHERIFF, MONROE COUNTY, MISSISSIPPI.  C. A. 5th Cir.  Certiorari denied.

No. 10–10541.  MCDONALD, AKA TRIMBLE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10545.  DERICHSWEILER *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 10–10548.  BLAIR *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–10549.  WHITEHEAD *v.* ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET.  Super. Ct. Pa. Certiorari denied.

No. 10–10553.  GETER *v.* MCCALL, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 10–10563.  FERGUSON *v.* WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 10–10565.  PEREZ SALDANA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10566.  SHEEHAN *v.* RICCI, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–10569.  ROWZIE *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.